# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN TALBOTT, JR., ET AL

    VS                                          CASE NO.  3:06cv378 MCR/MD

LAKEVIEW CENTER, INC.

## REFERRAL AND ORDER

Referred to Judge Rodgers on      March 26, 2007
Type of Motion/Pleading: JOINT MOTION OF PARTIES TO MODIFY FINAL SCHEDULING AND TRIAL ORDER AND MEDIATION REFERRAL (two-month extension to accomplish discovery tasks on or before Friday, June 1, 2007)
Filed by:    Parties            on 3/23/07       Document    40
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
WILLIAM M. McCOOL, CLERK OF COURT

/s/ *Lynn C. Uhl*
Deputy Clerk

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 26th day of March, 2007, that:

    The requested relief is GRANTED.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____