## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**STEPHEN TALBOT, et al.**

  **Plaintiffs,**

**v.**

              **Case No.: 3:06cv378/MCR/MD**

**LAKEVIEW CENTER, INC.,**

  **Defendant.**

_____/

## <u>ORDER AND NOTICE</u>

  Plaintiffs have filed a motion for partial summary judgment. (Doc.  105).  The court shall take the instant motion under advisement on **January 23, 2008.**[1]  Because the court does not contemplate scheduling a hearing on the motion, the parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.  Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the court in ruling on the motion for partial summary judgment.

  A motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine[1] issue as to any material fact and that the moving party is entitled to judgment as a matter of law.  FED. R. CIV. P. 56.

---

1  The response to a motion for summary judgment must be filed within the time prescribed by the Federal Rules of Civil Procedure and the Local Rules.

As a final matter, the court directs plaintiffs to submit hard (i. e., paper) copies of their motion for partial summary judgment and all exhibits, along with any other evidentiary materials they may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **January 23, 2008**.  Likewise, upon defendant's timely filing any evidentiary materials as well as its response to the motion for partial summary judgment it should also submit hard copies to chambers.

DONE and ORDERED on this 4th day of January, 2008.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**