UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN TALBOTT, JR., et al.,

    Plaintiffs,

vs.                                    CASE NO.: 3:06cv378/MCR/MD

LAKEVIEW CENTER, INC.,

    Defendant.
    _____/

### O R D E R

    This matter is presently pending before the court on Defendant's Expedited Motion for Extension of Time to File Dispositive Motions. (Doc.117). Upon consideration, the court will grant Defendant's request. Furthermore, upon review of the docket the court notes that pursuant to various prior extensions granted in this case the trial was continued to May 19, 2008. Insofar as this extended deadline for filing dispositive motions, as well as the filing deadline imposed in the court's January 9, 2008 Order (doc. 116), will impact the court's time for consideration of motions filed, the trial of this matter will be continued from the current trial docket date. Accordingly, it is

    ORDERED:

    1. Defendant's Expedited Motion for Extension of Time to File Dispositive Motions (doc. 117) is GRANTED.

    2. The trial in this case is hereby continued from the two-week trial docket commencing May 19, 2008, to the two-week trial docket commencing September 15, 2008. Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

    **DONE and ORDERED** on this 11th day of January, 2008.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**