**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STEPHEN V. TALBOTT, JR.,
Individually and on behalf of
similarly situated individuals,

     Plaintiff,

vs.                       CASE NO.: 3:06cv378/MCR/MD

LAKEVIEW CENTER, INC.,

     Defendant.

_____/

## O R D E R

     This matter is presently scheduled on the court's trial docket commencing April 20, 2009.  Plaintiff has filed a notice of conflict with the trial date and requested that the trial date be reset.  (See doc. 227).  Upon consideration, the court will grant plaintiff's request. Accordingly, it is

     ORDERED that the trial in this case is hereby moved to the two-week trial docket commencing May 18, 2009.  Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

     **DONE and ORDERED** on this 7th day of January, 2009.


                     s/ *M. Casey Rodgers*
                     **M. CASEY RODGERS**
                     **UNITED STATES DISTRICT JUDGE**