**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEPHEN TALBOTT, JR.; KRISTIN WEBB;
SHARON OAKES; ERICA ROBERTS;
STACEY D. KIRKSEY; CALLIE GRAY-BOBBITT;
and BETH MAROON,

      Plaintiffs,

vs.

                                                **CASE NO. 3:06cv378/MCR/MD**

LAKEVIEW CENTER, INC.,

      Defendant.
_____ /

## DEFENDANT'S MOTION FOR SCHEDULING ORDER

Defendant, Lakeview Center, Inc. (LCI), by and through its undersigned attorneys, moves the Court for entry of an order allowing scheduling of certain proceedings in this action as submitted and addressed below. As grounds for this motion, Defendant states:

1. On March 26, 2009, the Court rescheduled the trial in this action for the trial docket commencing July 20, 2009. (Doc. 241) Plaintiffs have now filed a notice of conflict with this scheduled date (Doc. 242), so a continuance of the trial to a later month this year is anticipated.

2. In the order rescheduling the trial (Doc. 241), the Court fittingly noted the parties' differing positions on the triable issues, acknowledged the parties' need to obtain clarification on those issues (*see* Doc. 241 at n. 1), and accordingly set an attorney conference for April 21, 2009, to address them.

3. Defendant has intended to seek a reconsideration and a clarification of the issues in this case that were presented and addressed in the summary judgment proceedings, but has been awaiting the results of mediation in this action before expending Defendant's resources to prepare such motions and submissions. Defendant had commenced such preparation activities

when the Court's order pertaining to scheduling (Doc. 239) was issued. As Defendant intends to show in its motion for reconsideration, because of intervening and pertinent judicial and administrative law (*see e.g.*, *Chatfield v. Children's Services, Inc.,* 555 F.Supp.2d 532 (E.D. Pa. 2008)) and other procedural and substantive concerns and apprehensions, reconsideration of the summary judgment proceedings is appropriate and will provide the parties with the opportunity to identify, address, and obtain the simplification of the issues as well as the desired clarity in this case consistent with and as contemplated by Rule 56(d), Federal Rules of Civil Procedure.

    4. Preparation and filing of the motions for reconsideration and clarification cannot be accomplished before the currently scheduled attorney conference; however, with the trial in this case to be set much later this year, Defendant respectfully requests and submits that it would be reasonable and would serve the interests of judicial economy if an alternative schedule is set that: will postpone the currently scheduled attorneys conference; will permit the filing of properly prepared motions for reconsideration and clarification, with supporting memoranda and papers, as desired in this case; will permit time for the parties to respectively respond to the motions; and will provide for the Court's rescheduling of an attorney conference (or oral argument hearing) on the motions if the Court determines that such a hearing will be necessary after receipt and review of the parties submissions.

    5. Defendant proposes the following actions and schedule:

        a. Postponement/cancellation of the attorneys conference/hearing until after the parties' submission and the Court's consideration of the motions for reconsideration and clarification and determination of a need for a conference/hearing (oral argument).

        b. Parties' motions for reconsideration and/or clarification to be filed and served on or before Tuesday, May 12, 2009, with any responses thereto to be filed and served on or

before Tuesday, June 2, 2009.

      c. The Court's subsequently scheduling a conference/hearing (oral argument) on the pending motions and briefs as it determines necessary before disposition of the motions and setting out remaining triable issues, if any.

6. While Plaintiffs concur that these issues should be briefed and presented to the Court, *see* Certificate *infra*, they believe that they can provide the briefs before April 21, 2009, on the limited issues noted in the parties' estimated trial time notice (Doc. 240). While some of these issues encompass some of the matters to be reconsidered, not all issues subject to reconsideration would be included and the Rule 56(d) considerations would be undermined. It would be more efficient and effectual for all issues to be comprehensively presented and briefed for the Court's consideration instead of having "piecemeal" submissions and review as Plaintiffs suggest, especially in light of the trial being set for the latter part of 2009.

**Certificate of Rule 7.1(B) Conference.** Defendant's attorney has conferred with Plaintiffs' attorneys concerning this motion and has been informed by them that Plaintiffs "concur to the extent that [they] believe the parties should brief the issues raised in the filing [they] made regarding the length of trial. But [Plaintiffs] do not agree to [Defendant's] schedule. [Plaintiffs] believe that the parties can easily do all of this briefing before the April 21 hearing so that the matters can be considered then."

WHEREFORE, Defendant respectfully requests the Court to grant this motion and to enter a scheduling order as proposed in this motion.

Respectfully submitted,

/s/ Ralph A. Peterson
RALPH A. PETERSON
Florida Bar No. 303021
BEGGS LANE LLP
501 Commendencia Street (32502-5953)
P.O. Box 12950
Pensacola Florida 32591-2950
Telephone:    (850) 432-2451
Telefacsimile: (850) 469-3331
rap@beggslane.com

Attorneys for Defendant
Lakeview Center, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing memorandum has been filed and served by Notice of Electronic Filing pursuant to Rule 5(b)(2)(D), Federal Rules of Civil Procedure, and Local Rule 5.1(A)(6) to Sean Culliton, Esquire, of the firm of Sean Culliton, Esq., LLC, 249 Pinewood Drive, Tallahassee, Florida 32303; and John C. Davis, Esquire of the law firm of the Law Office of John C. Davis, 623 Beard Street, Tallahassee, Florida 32303 on this 7th day of April, 2009.

/s/ Ralph A. Peterson
RALPH A. PETERSON
Florida Bar No. 303021
BEGGS & LANE LLP
501 Commendencia Street (32502-5953)
P.O. Box 12950
Pensacola, Florida 32591-2950
Phone: (850) 432-2451
Fax:    (850) 469-3331
rap@beggslane.com

Attorneys for Defendant
Lakeview Center, Inc.