UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN TALBOTT, et al.,

    Plaintiffs,

vs.                          CASE NO.: 3:06cv378/MCR/MD

LAKEVIEW CENTER, INC.,

    Defendant.
_____/

**O R D E R**

    Following the court's April 7, 2009, order moving the trial of this matter from the July 20, 2009, docket to the June 15, 2009, docket, counsel for plaintiffs has again filed a notice of conflict with the trial date. After reviewing the docket sheet for the reported conflicting matter, the court notes that the parties to this case have not yet completed mediation and the time for filing dispositive motions has not yet passed. It therefore appears to the court that while a potential conflict exists with the undersigned's July 20, 2009, trial docket, it does not appear likely that the trial of the other matter will actually proceed on July 20, 2009. Accordingly, it is

    ORDERED that the trial in this matter will be returned to the July 20, 2009, trial docket.

    **DONE and ORDERED** on this 8th day of April, 2009.

                                                   s/ *M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**