# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN TALBOTT, JR., et al.

    VS                                          CASE NO.  3:06cv378-MCR/MD

LAKEVIEW CENTER INC

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 05/06/2009
Type of Motion/Pleading EMERGENCY MOTION TO CONTINUE ATTORNEY CONFERENCE
Filed by: DEFENDANT       on 5/6/09      Doc. No. 258
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 7th day of May, 2009, that:

    The requested relief is GRANTED to the extent the attorney conference scheduled for May 12, 2009, is CANCELLED. By separate order the court will endeavor to clarify the matters raised by the parties in their Report regarding estimated trial length. To the extent further clarification is needed, the parties may make such a request; however, no request or motion for reconsideration of the court's order of September 30, 2008, will be permitted or considered at this late date. Additionally, given its fall/winter trial docket, the court is not inclined to continue the trial in this case. Defense counsel should promptly notify the court if it is expected he will not be physically able to participate in the July trial. A separate order setting pretrial conference shall issue this date.

                                    s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**