FLN (Rev. 4/2004) Deficiency Order                                                                                                       Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN TALBOTT, et al.

    vs                                                                         Case No. 3:06cv378-MCR/MD

LAKEVIEW CENTER, INC.

_____

## O R D E R

**PLAINTIFFS' PROPOSED MEMORANDUM OF DECISION ON THE ISSUE OF LIQUIDATED DAMAGES AND GOOD FAITH (posted as "Trial Brief" doc. 273)** was referred to the undersigned with the following deficiencies:

> Pursuant to Order, doc.260, "... the parties shall file with the Clerk...
> A trial brief or memorandum with citation of authorities and arguments in support of each side's position on all disputed issues of law, with copy to opposing counsel."
>
> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.
>
> The document does not have an original signature or proper electronic signature.   See Fed. R. Civ. P. 11(a); N.D.Fla. Loc. R. 5.1(B)(5).

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

**DONE and ORDERED** this 7th day of July, 2009.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**