IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN TALBOTT, JR., et al.,

    Plaintiffs,

v.                                             Case No. 3:06cv378/MCR/MD

LAKEVIEW CENTER, INC.,

    Defendant.
_____/

**O R D E R**

    Upon initial review of the parties' Pre-Trial Stipulation filed July 6, 2009, the court notes that defendant anticipates filing motions in limine and/or *Daubert* challenges for the court's consideration.  The parties are hereby advised that any motions in limine, *Daubert* challenges, or other pretrial motions that require action by the court must be filed **no later than 5:00 PM, Thursday, July 9, 2009**.

    **DONE AND ORDERED** this 8th day of July, 2009.


                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**