# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEPHEN V. TALBOTT, JR,
et al.,

      Plaintiffs,

v.                                                Case No.: 3:06cv378/MCR/MD

LAKEVIEW CENTER, INC.,

      Defendant.
_____/

## O R D E R

The purpose of this order is to inform the parties of two matters related to the upcoming trial.

First, the court now denies defendant's first motion in limine with the following explanation. The court will permit plaintiffs to question the defendant on the qualifications it required for the positions at issue in this case, which means plaintiffs may generally inquire of defendant as to the qualifications of other persons hired in the same positions as plaintiffs.[1] To the extent necessary, defendant may, on either cross or redirect of the witness, or through another witness with knowledge of defendant's requirements, elicit testimony regarding the job requirements. The court sees no need for introduction of testimony from individual employees other than plaintiffs about their job qualifications and credentials.[2]

---

[1] The court will not hear specific testimony about the backgrounds and qualifications of 66 individual employees, however.

[2] Of course, should a witness testify inaccurately about the job requirements, plaintiff may be justified in presenting the accurate facts on rebuttal.

Next, the court finds it necessary to revisit and clarify its prior ruling on defendant's third motion in limine. Although the ruling that plaintiffs may not introduce evidence of the State of Florida's classification of plaintiffs' positions in the past as exempt to show that defendant misclassified the position stands, the court will allow plaintiff to question defendant about its knowledge of the prior classification by the State of Florida, as this evidence may be relevant to defendant's good faith defense.

DONE and ORDERED this 15th day of July, 2009.

         *s/ M. Casey Rodgers*
         **M. CASEY RODGERS**
         **UNITED STATES DISTRICT JUDGE**