**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STEPHEN V. TALBOTT, Jr.,
Individually and on behalf
of similarly situated individuals,

       Plaintiff,

                            CASE NO. 3:06CV378/MCR/MD

vs.

LAKEVIEW CENTER, Inc.,

       Defendants.
_____/

**NOTICE OF FILING SUMMARY OF TIME RECORDS**
**OF SEAN CULLITON, ESQ., LLC**

Plaintiff, by and through the undersigned attorney, hereby gives notice of the filing of Summary of Time Records of Sean Culliton, Esq., LLC for the period 10/1/09 through 10/31/09. The actual time sheets are filed under seal to protect attorney-client privilege.

1. "TOTAL ATTORNEY HOURS THIS FILING"   22.3

2. "TOTAL NON-ATTORNEY HOURS THIS FILING"   __

I HEREBY CERTIFY that a copy hereof has been furnished to Ralph Peterson, Esq. 501 Commendencia Street, Pensacola, FL 32502-5915 via electronic filing this 11th day of November 2009.

                                      s/ Sean Culliton
                                      Sean P. Culliton, Esq.
                                      2108 Delta Way
                                      Tallahassee, FL 32303
                                      (850)385-9455
                                      Fla. Bar. No: 986232